**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ANTHONY MARCELOUS
KNOX, SR,

   Petitioner,

  vs.

M. MARTEL, et al.,

   Respondents.

No. CIV S-08-0494-MCE-CMK-P

<u>ORDER</u>

_____/

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States

Magistrate Judge pursuant to Eastern District of California local rules.

   On February 27, 2009, the Magistrate Judge filed findings and recommendations

herein which were served on the parties and which contained notice that the parties may file

objections within a specified time. Timely objections to the findings and recommendations have

been filed.

///

///

///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

3  file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5              Accordingly, IT IS HEREBY ORDERED that:

6              1.      The findings and recommendations filed February 15, 2009, are adopted in

7  full; and

8              2.      Petitioner's motion for an evidentiary hearing (Doc. 6) is denied.

9    Dated:  March 27, 2009

10

11                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26