**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MARCELOUS KNOX, SR, | No. CIV S-08-0494-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M. MARTEL, et al., | |
| Respondents. | |

     Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

     On March 31, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2010, are adopted in full; and

2. Petitioner's motions to stay (Docs. 19, 20) are denied.

Dated: May 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE