# United States District Court
# Eastern District of California

| | |
|---|---|
| ANTHONY MARCELOUS KNOX, SR., | CV 08-00494 TJH |
| Petitioner, | |
| v. | Order re: |
| M. MARTEL, | Certificate of Appealability |
| Respondent. | |

On April 6, 2012, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the request for a Certificate of Appealability.

**It is Ordered** that the request for a Certificate of Appealability be, and hereby is, Denied as there has been no substantial showing of the denial of a constitutional right.

Date:  August 3, 2012

_____
Terry J. Hatter, Jr.
Senior United States District Judge