# United States District Court
# Eastern District of California

| | |
|---|---|
| ANTHONY MARCELOUS KNOX, SR., | CV 08-00494 TJH |
| Petitioner, | |
| v. | |
| M. MARTEL, | Order |
| Respondent. | |

The Court has considered Knox's motion for relief of final judgment, together with the moving papers. The motion states neither a basis for nor facts to support such relief.

It is Ordered that the motion be, and hereby is Denied.

Date: April 1, 2014

_____
Terry J. Hatter, Jr.
**Senior United States District Judge**