# United States District Court
# Eastern District of California

| | |
|---|---|
| ANTHONY MARCELOUS KNOX, SR., | CV 08-00494 TJH |
| Petitioner, | |
| v. | |
| M. MARTEL, | Order |
| Respondent. | |

The Court has considered Knox's motion to stay proceedings, together with the moving papers.

On March 28, 2012, this Court denied Knox's petition for a writ of *habeas corpus*. On August 6, 2012, this Court denied Knox's request for a certificate of appealability. On March 4, 2013, the Ninth Circuit Court of Appeals denied Knox's request for a certificate of appealability. On April 1, 2014, this Court denied Knox's motion for relief from the denial of the *habeas corpus* petition.

1  This case has been concluded and closed.  There is nothing left to stay in this
2  case.  Accordingly,

4  **It is Ordered** that the motion to stay proceedings be, and hereby is **Denied**.

6  Date: March 2, 2016

_____
Terry J. Hatter, Jr.
Senior United States District Judge